UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOLFO PULIDO,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>MARTIN FRIEND,<br><br>　　　　　　Respondent. | No. 2:18-cv-2332 AC P<br><br><br>ORDER |

Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

In his application, petitioner challenges a housing decision issued by Taft Correctional Institution, which is located in Kern County. Kern County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

Pursuant to Local Rule 120(f), an action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be

1

filed at:

    United States District Court
    Eastern District of California
    2500 Tulare Street
    Fresno, CA 93721

DATED: August 30, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE